UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                            Case No.:    15-22348-SLM

James A. Goerlich                                 Adv. No.:    _____

                                                  Judge:       Stacey L. Meisel

         Debtor (s),                              Chapter:          13

_____

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Stacey L. Meisel_____, United States Bankruptcy Judge.

**Reason for Hearing:**    Debtor's Certification in Opposition to
                           Trustee's Certification of Default

**Location of Hearing:**   Courtroom No. _3A_
                           MLK, JR Building
                           50 Walnut Street 3rd fl.
                           Newark, NJ 07102

**Date and Time:**         September 14, 2016 at 9:00am,
                           or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    _✔_ ARE REQUIRED        ____ ARE NOT REQUIRED


DATED:    August 16, 2016            JAMES J. WALDRON, Clerk


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on August 16, 2016 the foregoing notice was served on the following:   Debtor, Debtor's Attorney, Trustee and Trustee's Attorney




JAMES J. WALDRON, Clerk


*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:  
James A. Goerlich  
    Debtor

Case No. 15-22348-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 16, 2016  
                      Form ID: pdf900  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.  
db        +James A. Goerlich,   305 Kawameeh Drive,   Union, NJ 07083-8315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:  
        Brian C. Nicholas   on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com  
        Joshua I. Goldman   on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Robert P. Saltzman   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org  
        Russell L. Low   on behalf of Debtor James A. Goerlich rbear611@aol.com, lowlaw505@gmail.com  
        Sean M. O'Brien   on behalf of Creditor   Seterus, Inc. as the authorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. sobrien@flwlaw.com  
        TOTAL: 6