UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 086737B

**Order Filed on September 30, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.: 15-22348-SLM

Hearing Date: September 14, 2016
Judge: Stacey L. Meisel

Chapter 13

In Re:

James A. Goerlich

Recommended Local Form       ☒ Followed       __ Modified

### ORDER RESOLVING MOTION TO VACATE STAY
### AND/OR MOTION TO DISMISS
### WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: September 30, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Seterus Inc., as auhorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Russell L. Low, Esquire |
| Property Involved ("Collateral"): | 305 Kawameeh Drive, Union, NJ 07083 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for six months, from April 1, 2016 to September 1, 2016.
   - ☒ The Debtor is overdue for six payments at $899.73 per month.
   - ☒ Less suspense balance of $402.87.
   
   Total Arrearages Due $4,995.51.

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Beginning on October 1, 2016, regular monthly mortgage payments shall continue to be made in the amount of $899.73.
   - ☒ Beginning on October 1, 2016, additional monthly cure payments shall be made in the amount of $832.59 for six (6) months.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Regular monthly payment:
     
     Seterus, Inc.
     PO Box 11790
     Newark, NJ 07101-4790

4. In the event of Default:
   - ☒ If the Debtor fails to make the immediate payment specified above or fails to make

any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $, and costs of $176.00.

The fees and costs are payable:

☒ through the Chapter 13 Plan.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-22348-SLM
James A. Goerlich                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 30, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db             +James A. Goerlich,    305 Kawameeh Drive,    Union, NJ 07083-8315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
          Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com
          Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
           Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
          Russell L. Low    on behalf of Debtor James A. Goerlich rbear611@aol.com,    lowlaw505@gmail.com
          Sean M. O'Brien    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
           National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. sobrien@flwlaw.com
                                                                                             TOTAL: 6