UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2C

Rob Saltzman, Esquire
Pluese, Becker & Saltzman, LLC
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, NJ 08054-4318
(856) 813-1700
Attorneys' for the Mortgagee
File No. 086737B

Order Filed on October 17, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

James A. Goerlich

Case No.: 15-22348-SLM

Hearing Date: September 14, 2016
Judge: Stacey L. Meisel

Chapter 13

| Recommended Local Form | ☒ Followed | __ Modified |

# AMENDED ORDER RESOLVING MOTION TO VACATE STAY AND/OR MOTION TO DISMISS WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through (3) is hereby **ORDERED.**

**DATED: October 17, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Applicant: | Seterus Inc., as auhorized subservicer for Federal National Mortgage Association ("Fannie Mae"), creditor |
| Applicant's Counsel: | Rob Saltzman, Esquire |
| Debtor's Counsel: | Russell L. Low, Esquire |
| Property Involved ("Collateral"): | 305 Kawameeh Drive, Union, NJ 07083 |
| Relief Sought: | ☒ Motion for Relief From the Automatic Stay |

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-Petition arrearages:
   - ☒ The Debtor is overdue for six months, from April 1, 2016 to September 1, 2016.
   - ☒ The Debtor is overdue for six payments at $899.73 per month.
   - ☒ Less suspense balance of $402.78.
   - ☒ Applicant acknowledges receipt of funds in the amount of $5,000.00 received after the motion was filed.
   
   Total Arrearages Due $0.00

2. Debtor must cure all post-Petition arrearages as follows:
   - ☒ Beginning on October 1, 2016, regular monthly mortgage payments shall continue to be made in the amount of $899.73.

3. Payments to the Secured Creditor shall be made to the following address(es):
   - ☒ Regular monthly payment:
     
     Seterus, Inc.
     PO Box 11790
     Newark, NJ 07101-4790

4. In the event of Default:
   - ☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of

the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5. Award of Attorney's Fees:

☒ The Applicant is awarded attorneys fees of $, and costs of $176.00.

The fees and costs are payable:

☒ through the Chapter 13 Plan.