UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Russell L. Low, Esq. –RLL 4745
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07601
201-343-4040
Attorney for Debtor

In Re:

James A. Goerlich

Case No.: __15-22348__

Judge: __SLM__

Chapter: __13__

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, James A. Goerlich, is the (check all that apply):

   ☐ Trustee:        ☐ Chap. 7        ☐ Chap. 11        ☐ Chap. 13

   ✔ Debtor:         ☐ Chap. 11       ☐ Chap. 13

   ☐ Official Committee of

2. The applicant seeks to retain the following professional Frank Kretchmer to serve as (check all that apply):

   ☐ Attorney for:   ☐ Trustee        ☐ Debtor-in-Possession

   ☐ Official Committee of

   ☐ Account for:    ☐ Trustee        ☐ Debtor-in-Possession

☐ Official Committee of

☐ Other Professional:

✔ Realtor         ☐ Appraiser         ☐ Special Counsel

☐ Auctioneer      ☐ Other (specify):

3. The employment of the professional is necessary because I want to sell my property located at 305 Kawameeh Drive, Union NJ 07083.

4. The professional has been selected because of his knowledge regarding the details of the case.

5. The professional services to be rendered are as follows, preparing the necessary settlements documents and such other services not delineated herein that is necessary and proper in connection with the settlement of the case.

6. The proposed arrangement for compensation is ~~6.0%~~ 5.0% BK of the selling price.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ✔ None

   ☐ Describe connection:

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ✔ does not hold an adverse interest to the estate.

   ✔ does not represent an adverse interest to the estate.

   ✔ is a disinterested person under 11. U.S.C § 101 (14)

   ✔ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327 (e).

☐ Other, explain:

9. The location and description of the property is 305 Kawameeh Drive, Union NJ 07083.

The applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may determine and allow.

Date: October 25, 2016

/s/ James A. Goerlich
Signature of Applicant

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
```
Caption in Compliance with D.N.J. LBR 9004-1(b)

Russell L. Low, Esq. –RLL 4745
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07601
201-343-4040
Attorney for Debtor

In Re:

James A. Goerlich

Case No.: __15-22348__

Judge: __SLM__

Chapter: 13

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Frank Kretchmer, being of full age, certify as follows:

1. I am seeking authorization to be retained as

2. My professional credentials include: Licensed Realtor in New Jersey since __JAN. 2005__

3. I am a member of or associated with Coldwell Bank Residential Broker.

4. The proposed arrangement for compensation, including hourly rates, if applicable, is <u>6.0% of the selling price.</u> [handwritten: 5.0% FL]

    ☐ Pursuant to D.N.J. LBR 2014-3, I request a waiver of the requirements of D.N.J. LBR 2016-1.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☐ None

☐ Describe connection: _____

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

☒ None

☐ Describe connection: _____

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

☒ do not hold an adverse interest to the estate.

☒ do not represent an adverse interest to the estate.

☒ are disinterested under 11 U.S.C. § 101(14). ☒ do not represent or hold any interest adverse to the debtor or the estate with respect

to the matter for which I will be retained under 11 U.S.C. § 327(e).

☐ Other. Explain: _____

8. If the professional is an auctioneer, N/A

The following are my qualifications and experience with the liquidation or sale of similar property: _____

b. The proposed method of calculation of my compensation, including rates and formulas, is: APPLICABLE PORTION OF LISTING COMMISSION

Pursuant to D.N.J. 2014-2, I ☐ do or ☐ do not request a waiver of the requirements of D. N. J. LBR 2016-1.

c. The following is an estimate of all costs and expenses, including labor, security, advertising, delivery, mailing, and insurance, for which I will seek reimbursement from the sale proceeds: _5% COMMISSION STATED IN LISTING AGREEMENT_

d. Have you, or a principal of your firm, been convicted of a criminal offense?

✔ No          ☐ Yes (explain below)

e. I certify that a surety bond as described in D. N. J. LBR 2014-2(a)(6) is in effect and will remain so through the date of turnover of the auction proceeds.

9. The description of the property is as follows: <u>305 Kawameeh Drive, Union NJ 07083</u>.

I certify under penalty of perjury that the above information is true.

Date: 10/25/2016

_Frank Kretchmer_
Signature of Professional

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Russell L. Low, Esq. –RLL 4745
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07601
201-343-4040
Attorney for Debtor

In Re:

James A. Goerlich

Case No.: 15-22348

Judge: SLM

Chapter: 13

## ORDER AUTHORIZING RETENTION OF

### FRANK KRETCHMER

The relief set forth on the following page is **ORDERED.**

Upon the applicant's request for authorization to retain    Frank Kretchmer    as   a real estate broker, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is :   Coldwell Banker Residential Broker, <u>367 Chestnut St., Union, NJ 07083.</u>

2. Compensation will be paid in such amount as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is  Granted       Denied.
   Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   Waiver, under D.N.J :NR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.