UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Russell L. Low, Esq. –RLL 4745
Low & Low, LLC
505 Main Street, Suite 304
Hackensack, NJ 07601
201-343-4040
Attorney for Debtor

In Re:

James A. Goerlich



Order Filed on January 13, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Case No.: 15-22348

Judge: SLM

Chapter: 13

## ORDER AUTHORIZING RETENTION OF

FRANK KRETCHMER

The relief set forth on the following page is **ORDERED.**

**DATED: January 13, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain   Frank Kretchmer   as   a real estate broker, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is :  Coldwell Banker Residential Broker, 367 Chestnut St., Union, NJ 07083.

2. Compensation will be paid in such amount as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is  Granted      Denied.
   Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   Waiver, under D.N.J :NR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.