UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on February 17, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

In Re:

James A. Goerlich

Case No.: 15-22348-SLM

Hearing Date: 02/15/2017

Judge: Hon. Stacey L. Meisel

Chapter: 13

Recommended Local Form:    ___ Followed    _x_ Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER
Requesting Compensation for Russell L. Low

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 17, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

      A motion or application having been filed on  January 12 , 20 17  by  the Debtor  for entry of an order as set forth above, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, the Court having found that the request for fees and expenses was not for the law firm authorized by the Court to represent the Debtor, the Court having previously advised both the individual attorney and the law firm employees of this discrepancy numerous times in the past and on other cases wherein the Court has manually made corrections to indicate the proper party to receive compensation, and for good cause shown; it is

      ORDERED that the aforesaid motion or application is denied.

      `____` With Prejudice      `_X__` Without Prejudice

The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

2