| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Order Filed on May 25, 2017 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey |
| IN RE:<br><br>    JAMES A. GOERLICH | Case No.:  15-22348 SLM<br><br>Hearing Date:  5/24/2017 |

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED:** May 25, 2017

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): JAMES A. GOERLICH

Case No.: 15-22348

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 05/24/2017 on notice to RUSSELL L LOW ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 5/31/2017 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 15-22348-SLM
James A. Goerlich                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: May 25, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
db             +James A. Goerlich,    305 Kawameeh Drive,    Union, NJ 07083-8315

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Russell L. Low    on behalf of Debtor James A. Goerlich rbear611@aol.com, ecf@lowbankruptcy.com
              Sean M. O'Brien    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. sobrien@flwlaw.com
                                                                                              TOTAL: 7