Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 15−22348−SLM
                              Chapter: 13
                              Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James A. Goerlich
   305 Kawameeh Drive
   Union, NJ 07083

Social Security No.:
   xxx−xx−4831

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:       8/2/17
Time:      10:00 AM
Location:   Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Russell L Low, Debtor's Attorney

COMMISSION OR FEES
Fee: $2500.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: June 28, 2017
JAN:

                                                   Jeanne Naughton
                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 15-22348-SLM
James A. Goerlich                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin               Page 1 of 3               Date Rcvd: Jun 28, 2017
                               Form ID: 137              Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2017.
```
db             +James A. Goerlich,    305 Kawameeh Drive,    Union, NJ 07083-8315
cr            ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit,     P.O. Box 183853,    Arlington, TX  76096)
br             +Coldwell Banker Residential Brokerage,    Frank Kretchmer,   367 Chestnut street,
                Union, NJ 07083-9406
cr              Seterus, Inc. as the authorized subservicer for Fe,    P.O. Box 2008,
                Grand Rapids, MI 49501-2008
515598662       Ahesi/CitiMortgage Inc.,    Attention: Bankruptcy,    PO Box 79022 MS 322,    St. Louis, MO 63179
515636389      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
515817315       Bank of America,    P.O.Box 31785,   Tampa, FL 33631-3785
515598666      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                Simi Valley, CA 93062-5170
515598673     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    PO Box 20363,
                Kansas City, MO 64195)
515598669      +Capital One,    Attn: Bankruptcy,   PO Box 30285,    Salt Lake City, UT 84130-0285
515656215       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515598671      +Chase Bp Prvt Lbl,    Po Box 15298,    Wilmington, DE 19850-5298
515598672      +Citi Flex,    Citicorp/Centralized Bankruptcy,    POBox 790040,    Saint Louis, MO 63179-0040
515598675      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
515598679      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515598681     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Corporation,     Ford Motor Credit,    PO Box 6275,
                Dearborn, MI 48121)
515598689      +Gm Financial,    Po Box 181145,   Arlington, TX 76096-1145
515696151      +Midland Credit Management, Inc as agent for,    Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
515598692      +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
515598693      +Second Round Lp,    4150 Friedrich Lane Suit,    Austin, TX 78744-1052
515598695      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
515598696     ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,     8480 Stagecoach Cir,
                Frederick, MD 21701)
515706870       eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2017 22:47:29     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2017 22:47:25     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
515598663       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 28 2017 22:47:38     American Honda Finance,
                PO Box 168088,    Irving, TX 75016
515633899       E-mail/Text: ebnbankruptcy@ahm.honda.com Jun 28 2017 22:47:38
                American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                Irving, TX 75016-8088,    866-716-6441
515598676      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 28 2017 22:37:48     Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
515609720       E-mail/Text: mrdiscen@discover.com Jun 28 2017 22:46:49     Discover Bank,
                Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
515598677      +E-mail/Text: mrdiscen@discover.com Jun 28 2017 22:46:49     Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
515598680      +E-mail/Text: bknotices@fenton-mcgarvey.com Jun 28 2017 22:46:49     Fenton & Mcgarvey,
                2401 Stanley Gault Pkwy,    Louisville, KY 40223-4175
515598683      +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:38:00     GECRB/6th Ave Elec,
                Attention: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515598684      +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:38:00     GECRB/HealthCare,
                Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515598685      +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:37:47     GECRB/JC Penny,
                Attention: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515598686      +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:38:13     GECRB/Lowes,
                Attention: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
515598687      +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:38:00     GECRB/Old Navy,
                Attn: Bankruptcy,    PO Box 130104,    Roswell, GA 30076
515598688      +E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:38:00     GECRB/PC Richard,
                Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515798009       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 28 2017 22:37:51
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-2           User: admin              Page 2 of 3              Date Rcvd: Jun 28, 2017
                               Form ID: 137             Total Noticed: 47

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515598690      +E-mail/Text: shaak@oceanfirst.com Jun 28 2017 22:48:18     Oceanfirst Bank,   975 Hooper Ave,
                 Toms River, NJ 08753-8320
515598691       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2017 22:56:52
                 Portfolio Recovery,    Attn: Bankruptcy,   PO Box 41067,    Norfolk, VA 23541
515780388       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2017 22:56:42
                 Portfolio Recovery Associates, LLC,   c/o The Home Depot,   POB 41067,    Norfolk VA 23541
515750680       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 28 2017 22:43:48
                 Portfolio Recovery Associates, LLC,   c/o Sears Premier Card,    POB 41067,    Norfolk VA 23541
515693620       E-mail/Text: bnc-quantum@quantum3group.com Jun 28 2017 22:47:21
                 Quantum3 Group LLC as agent for,    Second Round Sub LLC,   PO Box 788,
                 Kirkland, WA  98083-0788
516161895      +E-mail/Text: bnc-quantum@quantum3group.com Jun 28 2017 22:47:20
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
516161894       E-mail/Text: bnc-quantum@quantum3group.com Jun 28 2017 22:47:20
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
515829409       E-mail/PDF: gecsedi@recoverycorp.com Jun 28 2017 22:38:13     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
515752798      +E-mail/Text: bncmail@w-legal.com Jun 28 2017 22:47:38     TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 24

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
515598664*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    PO Box 168088,    Irving, TX 75016)
515598665*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,   IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    PO Box 168088,    Irving, TX 75016)
515628235*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
515636398*     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515598667*     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
515598668*     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
515598674*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20363,
                 Kansas City, MO 64195)
515598694*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Shell Oil / Citibank,    Attn: Centralized  Bankruptcy,
                 PO Box 20363,   Kansas City, MO 64195)
515598670*     +Capital One,    Attn: Bankruptcy,   PO Box 30285,    Salt Lake City, UT 84130-0285
515598678*     +Discover Fin Svcs Llc,    Po Box 15316,   Wilmington, DE 19850-5316
515598682*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,    PO Box 6275,
                 Dearborn, MI 48121)
515706871*      eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                              TOTALS: 1, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2017                                    Signature:   /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Jun 28, 2017
                              Form ID: 137             Total Noticed: 47
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2017 at the address(es) listed below:
              Brian C. Nicholas     on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon     on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman     on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann   Greenberg     magecf@magtrustee.com
              Robert P. Saltzman     on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Russell L. Low     on behalf of Debtor James A. Goerlich rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sean M. O'Brien     on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. sobrien@flwlaw.com
                                                                                             TOTAL: 7
```