| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| Russell L. Low, Esq. – RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re<br><br>**JAMES A. GOERLICH**<br><br><br>Debtor(s) |

Order Filed on August 2, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No. 15-22348

Chapter 13

Judge:  The Honorable Stacey L. Meisel

**Hearing Date:  August 2, 2017, 10:00am**


## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES


The relief set forth on the following page is hereby **ORDERED**.


DATED: August 2, 2017

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC,** the applicant, is allowed a fee of $2,500.00 for services rendered and expenses in the amount of $0.00 for a total of $2,500.00.  The allowance is payable:

 _X_     through the Chapter 13 plan as an administrative priority.

 ___     outside the plan.

`        The debtor's monthly plan is modified to require a payment of $429.00 per month for 12 months starting July 1, 2017 to allow for payment of the above fee.