Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 15−22348−SLM
          Chapter:  13
          Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James A. Goerlich
  305 Kawameeh Drive
  Union, NJ 07083

Social Security No.:
  xxx−xx−4831

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on June 29, 2017.

    On 3/14/18 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:                April 11, 2018
Time:              09:00 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 15, 2018
JAN: wdh

                                                                                                                  Jeanne Naughton
                                                                                                                  Clerk