Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

> Case No.: 15−22348−SLM
> Chapter: 13
> Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James A. Goerlich
  305 Kawameeh Drive
  Union, NJ 07083

Social Security No.:
  xxx−xx−4831

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 29, 2017.

On 3/14/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:            April 11, 2018
Time:            09:00 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: March 15, 2018
JAN: wdh

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 15-22348-SLM
James A. Goerlich                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 3         Date Rcvd: Mar 15, 2018
                            Form ID: 185             Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2018.
db            +James A. Goerlich,    305 Kawameeh Drive,    Union, NJ 07083-8315
cr           ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,     PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit,    P.O. Box 183853,    Arlington, TX  76096)
br            +Coldwell Banker Residential Brokerage,    Frank Kretchmer,    367 Chestnut street,
               Union, NJ 07083-9435
cr             Seterus, Inc. as the authorized subservicer for Fe,    P.O. Box 2008,
               Grand Rapids, MI  49501-2008
515598662      Ahesi/CitiMortgage Inc.,    Attention: Bankruptcy,    PO Box 79022 MS 322,    St. Louis, MO 63179
515636389     +AmeriCredit Financial Services, Inc. dba GM Financ,     P O Box 183853,
               Arlington, TX 76096-3853
515817315      Bank of America,    P.O.Box 31785,    Tampa, FL 33631-3785
515598666     +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
               Simi Valley, CA 93062-5170
515598673    ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20363,
               Kansas City, MO 64195)
515598669     +Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
515656215      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515598671     +Chase Bp Prvt Lbl,    Po Box 15298,    Wilmington, DE 19850-5298
515598672     +Citi Flex,    Citicorp/Centralized Bankruptcy,    POBox 790040,    Saint Louis, MO 63179-0040
515598675     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
               Saint Louis, MO 63179-0040
515598679     +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515598681    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,    PO Box 6275,
               Dearborn, MI 48121)
515598689     +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
515598692     +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
515598693    #+Second Round Lp,    4150 Friedrich Lane Suit,    Austin, TX 78744-1052
515598695     +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
515598696    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
               Frederick, MD 21701)
515706870      eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
               New York, NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 15 2018 23:18:10      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 15 2018 23:18:06      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
515598663      E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 15 2018 23:18:20      American Honda Finance,
               PO Box 168088,    Irving, TX 75016
515633899      E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 15 2018 23:18:20
               American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
               Irving, TX 75016-8088,    866-716-6441
515598676     +E-mail/PDF: creditonebknotifications@resurgent.com Mar 15 2018 23:20:20      Credit One Bank,
               PO Box 98873,    Las Vegas, NV 89193-8873
515609720      E-mail/Text: mrdiscen@discover.com Mar 15 2018 23:17:17      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515598677     +E-mail/Text: mrdiscen@discover.com Mar 15 2018 23:17:17      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
515598680     +E-mail/Text: bknotices@fenton-mcgarvey.com Mar 15 2018 23:17:16      Fenton & Mcgarvey,
               2401 Stanley Gault Pkwy,    Louisville, KY 40223-4175
515598683     +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 23:20:06      GECRB/6th Ave Elec,
               Attention: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515598684     +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 23:20:51      GECRB/HealthCare,
               Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515598685     +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 23:20:49      GECRB/JC Penny,
               Attention: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515598686     +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 23:21:27      GECRB/Lowes,
               Attention: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
515598687     +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 23:21:27      GECRB/Old Navy,
               Attn: Bankruptcy,    PO Box 130104,    Roswell, GA 30076
515598688     +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 23:20:09      GECRB/PC Richard,
               Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515798009      E-mail/PDF: resurgentbknotifications@resurgent.com Mar 15 2018 23:21:01
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
515696151     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 15 2018 23:18:05
               Midland Credit Management, Inc as agent for,    Midland Funding LLC,    PO Box 2011,
               Warren, MI 48090-2011

```
District/off: 0312-2           User: admin             Page 2 of 3               Date Rcvd: Mar 15, 2018
                               Form ID: 185            Total Noticed: 47


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515598690      +E-mail/Text: rknorr@oceanfirst.com Mar 15 2018 23:18:55     Oceanfirst Bank,   975 Hooper Ave,
                 Toms River, NJ 08753-8320
515598691       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2018 23:21:33
                 Portfolio Recovery,   Attn: Bankruptcy,    PO Box 41067,   Norfolk, VA 23541
515780388       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2018 23:35:47
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,   POB 41067,   Norfolk VA 23541
515750680       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 15 2018 23:20:55
                 Portfolio Recovery Associates, LLC,    c/o Sears Premier Card,   POB 41067,   Norfolk VA 23541
515693620       E-mail/Text: bnc-quantum@quantum3group.com Mar 15 2018 23:17:55
                 Quantum3 Group LLC as agent for,    Second Round Sub LLC,   PO Box 788,
                 Kirkland, WA   98083-0788
516161895      +E-mail/Text: bnc-quantum@quantum3group.com Mar 15 2018 23:17:54
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
516161894       E-mail/Text: bnc-quantum@quantum3group.com Mar 15 2018 23:17:54
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,   PO Box 788,   Kirkland, WA 98083-0788
515829409       E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 23:21:27     Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
515752798      +E-mail/Text: bncmail@w-legal.com Mar 15 2018 23:18:21      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 25

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
515598664*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: American Honda Finance,    PO Box 168088,   Irving, TX 75016)
515598665*     ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
                (address filed with court: American Honda Finance,    PO Box 168088,   Irving, TX 75016)
515628235*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
                (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
515636398*     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515598667*     +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
515598668*     +Bank of America,   Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
515598674*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,   PO Box 20363,
                 Kansas City, MO 64195)
515598694*     ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court: Shell Oil / Citibank,    Attn: Centralized  Bankruptcy,
                 PO Box 20363,   Kansas City, MO 64195)
515598670*     +Capital One,   Attn: Bankruptcy,   PO Box 30285,    Salt Lake City, UT 84130-0285
515598678*     +Discover Fin Svcs Llc,   Po Box 15316,   Wilmington, DE 19850-5316
515598682*     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,   PO Box 6275,
                 Dearborn, MI 48121)
515706871*      eCAST Settlement Corporation, assignee,   of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                 TOTALS: 1, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2018                                       Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3              Date Rcvd: Mar 15, 2018
                              Form ID: 185             Total Noticed: 47
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor   BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor   BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Russell L. Low    on behalf of Debtor James A. Goerlich rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sean M. O'Brien    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. sobrien@flwlaw.com
                                                                                             TOTAL: 7
```