Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−22348−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James A. Goerlich
305 Kawameeh Drive
Union, NJ 07083

Social Security No.:
xxx−xx−4831

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 9/12/18 at 09:00 AM

to consider and act upon the following:

*121* − Certification of Default of Standing Trustee.. Filed by Marie−Ann Greenberg. Objection deadline is 8/13/2018. (Attachments: # 1 Certification of Default Generic − Proposed Order) (Greenberg, Marie−Ann)

*123* − Certification in Opposition to (related document:121 Certification of Default of Standing Trustee.. Filed by Marie−Ann Greenberg. Objection deadline is 8/13/2018. (Attachments: # 1 Certification of Default Generic − Proposed Order) filed by Trustee Marie−Ann Greenberg) filed by Russell L. Low on behalf of James A. Goerlich. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 8/14/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court