**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
0 Valuation of Security       0 Assumption of Executory Contract or Unexpired Lease       0 Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: James A. Goerlich

Case No.: 15-22348
Judge: SLM

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS - AMENDED

☐ Original         ■ Modified/Notice Required         Date: September 17, 2018
☐ Motions Included ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

■ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ■ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ■ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  RLL          Initial Debtor:  JAG          Initial Co-Debtor  _____

### Part 1: Payment and Length of Plan

a. The debtor shall pay __200.00 Monthly*__ to the Chapter 13 Trustee, starting on __July 1, 2015__ for approximately 36 months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ■ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ■ Sale of real property
  Description: 305 Kawameeh Drive, Union NJ 07083
  Proposed date for completion: March 14, 2019

- ☐ Refinance of real property:
  Description:
  Proposed date for completion:

- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion:

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

### Part 2: Adequate Protection          X NONE

a. Adequate protection payments will be made in the amount of $_____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Russell L. Low 4745 | Attorney Fees | 3,500.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
   Check one:
   ■ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

**Part 4: Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ■ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

### c. Secured claims excluded from 11 U.S.C. 506: ■ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

### d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ■ NONE

   1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|

3

| | | | | | | |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ■ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

### f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

Creditor
American Honda Finance
Bank of America
Bank of America
Gm Financial

### g. Secured Claims to be Paid in Full Through the Plan ■ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:
- ☐ Not less than $_____ to be distributed *pro rata*
- ■ Not less than __18__ percent
- ☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

## Part 7: Motions    X NONE

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with

**local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ■ **NONE**
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ■ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ■ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

**Part 8: Other Plan Provisions**
a. **Vesting of Property of the Estate**
- ■ Upon Confirmation
- ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

    **d. Post-Petition Claims**

The Standing Trustee ☐ is, ■ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification ■ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: March 14, 2019.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtor needs more time to sale the property. | Debtor needs more time to sale the property. Plan is 100%. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ■ No

### Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
■ Explain here:
*This plan is a step plan or has lumpsum payments as follows: $200.00 per month for 24 months, then $429.00 per month for 12 months

Any non-standard provisions placed elsewhere in this plan are ineffective.

### Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: September 17, 2018    /s/ James A. Goerlich
James A. Goerlich
**Debtor**

Date:    
**Joint Debtor**

Date: September 17, 2018    /s/ Russell L. Low
Russell L. Low 4745
**Attorney for the Debtor(s)**

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 15-22348-SLM
James A. Goerlich                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 3              Date Rcvd: Sep 18, 2018
                               Form ID: pdf901          Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2018.
```
db          +James A. Goerlich,    305 Kawameeh Drive,    Union, NJ 07083-8315
cr         ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
             (address filed with court: AmeriCredit,    P.O. Box 183853,    Arlington, TX 76096)
br          +Coldwell Banker Residential Brokerage,    Frank Kretchmer,    367 Chestnut street,
              Union, NJ 07083-9435
cr           Seterus, Inc. as the authorized subservicer for Fe,    P.O. Box 2008,
              Grand Rapids, MI 49501-2008
515598662    Ahesi/CitiMortgage Inc.,    Attention: Bankruptcy,    PO Box 79022 MS 322,    St. Louis, MO 63179
515636389   +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
515817315    Bank of America,    P.O.Box 31785,    Tampa, FL 33631-3785
515598666   +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
              Simi Valley, CA 93062-5170
515598673  ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20363,
              Kansas City, MO 64195)
515598671   +Chase Bp Prvt Lbl,    Po Box 15298,    Wilmington, DE 19850-5298
515598672   +Citi Flex,    Citicorp/Centralized Bankruptcy,    POBox 790040,    Saint Louis, MO 63179-0040
515598675   +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
              Saint Louis, MO 63179-0040
515598679   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
515598681  ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,    PO Box 6275,
              Dearborn, MI 48121)
515598689   +Gm Financial,    Po Box 181145,    Arlington, TX 76096-1145
515696151   +Midland Credit Management, Inc as agent for,    Midland Funding LLC,    PO Box 2011,
              Warren, MI 48090-2011
515598692   +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
515598695   +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
515598696  ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
              Frederick, MD 21701)
515706870    eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
              New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Sep 18 2018 23:46:07      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 18 2018 23:46:06      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
515598663    E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 18 2018 23:46:17      American Honda Finance,
              PO Box 168088,    Irving, TX 75016
515633899    E-mail/Text: ebnbankruptcy@ahm.honda.com Sep 18 2018 23:46:17
              American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
              Irving, TX 75016-8088,    866-716-6441
515598669   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2018 23:48:35      Capital One,
              Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
515656215    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2018 23:49:00
              Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
515598676   +E-mail/PDF: creditonebknotifications@resurgent.com Sep 18 2018 23:48:40      Credit One Bank,
              PO Box 98873,    Las Vegas, NV 89193-8873
515609720    E-mail/Text: mrdiscen@discover.com Sep 18 2018 23:45:10      Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
515598677   +E-mail/Text: mrdiscen@discover.com Sep 18 2018 23:45:10      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
515598680   +E-mail/Text: bknotices@fenton-mcgarvey.com Sep 18 2018 23:45:08      Fenton & Mcgarvey,
              2401 Stanley Gault Pkwy,    Louisville, KY 40223-4175
515598683   +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 23:48:10      GECRB/6th Ave Elec,
              Attention: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515598684   +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 23:48:09      GECRB/HealthCare,
              Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515598685   +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 23:48:33      GECRB/JC Penny,
              Attention: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515598686   +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 23:48:58      GECRB/Lowes,
              Attention: Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
515598687    E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 23:48:10      GECRB/Old Navy,
              Attn: Bankruptcy,    Po Box 130104,    Roswell, GA 30076
515598688   +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 23:48:10      GECRB/PC Richard,
              Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
515798009    E-mail/PDF: resurgentbknotifications@resurgent.com Sep 18 2018 23:48:17
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0312-2          User: admin              Page 2 of 3            Date Rcvd: Sep 18, 2018
                              Form ID: pdf901          Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
515598690        +E-mail/Text: collectionbankruptcy@oceanfirst.com Sep 18 2018 23:46:39      Oceanfirst Bank,
                 975 Hooper Ave,    Toms River, NJ 08753-8320
515598691         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2018 23:59:57
                 Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,    Norfolk, VA 23541
515780388         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2018 23:59:44
                 Portfolio Recovery Associates, LLC,    c/o The Home Depot,    POB 41067,    Norfolk VA 23541
517588795         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2018 23:48:37
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
517588796         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2018 23:48:14
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541,
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
515750680         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2018 23:59:50
                 Portfolio Recovery Associates, LLC,    c/o Sears Premier Card,    POB 41067,    Norfolk VA 23541
515693620         E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2018 23:46:00
                 Quantum3 Group LLC as agent for,    Second Round Sub LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
516161895        +E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2018 23:46:00
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
516161894         E-mail/Text: bnc-quantum@quantum3group.com Sep 18 2018 23:46:00
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
515829409         E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2018 23:48:58      Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
515752798        +E-mail/Text: bncmail@w-legal.com Sep 18 2018 23:46:17      TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bank of America, N.A.
515598664*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    PO Box 168088,    Irving, TX 75016)
515598665*     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    PO Box 168088,    Irving, TX 75016)
515628235*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
                 (address filed with court: Americredit Financial Services, Inc.,    PO Box 183853,
                 Arlington TX 76096)
515636398*      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515598667*      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
515598668*      +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
515598674*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20363,
                 Kansas City, MO 64195)
515598694*     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Shell Oil / Citibank,    Attn: Centralized  Bankruptcy,
                 PO Box 20363,    Kansas City, MO 64195)
515598670*      +Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
515598678*      +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
515598682*     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,    PO Box 6275,
                 Dearborn, MI 48121)
515706871*      eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262
515598693     ##+Second Round Lp,    4150 Friedrich Lane Suit,    Austin, TX 78744-1052
                                                                                   TOTALS: 1, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-2          User: admin              Page 3 of 3             Date Rcvd: Sep 18, 2018
                              Form ID: pdf901          Total Noticed: 48
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2018 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Russell L. Low    on behalf of Debtor James A. Goerlich rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sean M. O'Brien    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. sobrien@flwlaw.com
                                                                                                TOTAL: 7
```