Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−22348−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James A. Goerlich
   305 Kawameeh Drive
   Union, NJ 07083

Social Security No.:
   xxx−xx−4831

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/13/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 13, 2019
JAN: rah

Jeanne Naughton
Clerk

```
                               United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                  Case No. 15-22348-SLM
James A. Goerlich                                                       Chapter 13
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                  Page 1 of 3                   Date Rcvd: Jun 13, 2019
                               Form ID: 148                 Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
db            +James A. Goerlich,    305 Kawameeh Drive,    Union, NJ 07083-8315
br            +Coldwell Banker Residential Brokerage,    Frank Kretchmer,    367 Chestnut street,
                Union, NJ 07083-9435
cr             Seterus, Inc. as the authorized subservicer for Fe,    P.O. Box 2008,
                Grand Rapids, MI 49501-2008
515598662      Ahesi/CitiMortgage Inc.,    Attention: Bankruptcy,    PO Box 79022 MS 322,    St. Louis, MO 63179
515636389     +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
515598672     +Citi Flex,   Citicorp/Centralized Bankruptcy,    POBox 790040,    Saint Louis, MO 63179-0040
515598675     +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    PO Box 790040,
                Saint Louis, MO 63179-0040
515598680     +Fenton & Mcgarvey,    2401 Stanley Gault Pkwy,    Louisville, KY 40223-4175
515696151     +Midland Credit Management, Inc as agent for,    Midland Funding LLC,    PO Box 2011,
                Warren, MI 48090-2011
518137526     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
518137527     +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 14 2019 00:57:40      U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2019 00:57:35      United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             EDI: PHINAMERI.COM Jun 14 2019 04:18:00     AmeriCredit,   P.O. Box 183853,
                Arlington, TX 76096
515598663      EDI: HNDA.COM Jun 14 2019 04:13:00     American Honda Finance,   PO Box 168088,
                Irving, TX 75016
515633899      EDI: HNDA.COM Jun 14 2019 04:13:00     American Honda Finance Corporation,
                National Bankruptcy Center,    P.O. Box 168088,   Irving, TX 75016-8088,    866-716-6441
515628235      EDI: PHINAMERI.COM Jun 14 2019 04:18:00     Americredit Financial Services, Inc.,
                PO Box 183853,   Arlington TX 76096
515817315      EDI: BANKAMER.COM Jun 14 2019 04:18:00     Bank of America,   P.O.Box 31785,
                Tampa, FL 33631-3785
515598666     +EDI: BANKAMER.COM Jun 14 2019 04:18:00     Bank of America,
                Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,   Simi Valley, CA 93062-5170
515598673      EDI: CITICORP.COM Jun 14 2019 04:18:00     Citibank Sd, Na,   Attn: Centralized Bankruptcy,
                PO Box 20363,   Kansas City, MO 64195
515598694      EDI: CITICORP.COM Jun 14 2019 04:18:00     Shell Oil / Citibank,
                Attn: Centralized Bankruptcy,    PO Box 20363,   Kansas City, MO 64195
515598669     +EDI: CAPITALONE.COM Jun 14 2019 04:18:00     Capital One,    Attn: Bankruptcy,    PO Box 30285,
                Salt Lake City, UT 84130-0285
515656215      EDI: CAPITALONE.COM Jun 14 2019 04:18:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
515598671     +EDI: CHASE.COM Jun 14 2019 04:18:00     Chase Bp Prvt Lbl,   Po Box 15298,
                Wilmington, DE 19850-5298
515598676     +EDI: RCSFNBMARIN.COM Jun 14 2019 04:18:00     Credit One Bank,    PO Box 98873,
                Las Vegas, NV 89193-8873
515609720      EDI: DISCOVER.COM Jun 14 2019 04:18:00     Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany, OH 43054-3025
515598677     +EDI: DISCOVER.COM Jun 14 2019 04:18:00     Discover Fin Svcs Llc,    Po Box 15316,
                Wilmington, DE 19850-5316
515598679     +EDI: TSYS2.COM Jun 14 2019 04:18:00     Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
515598681      EDI: FORD.COM Jun 14 2019 04:18:00     Ford Motor Credit Corporation,    Ford Motor Credit,
                PO Box 6275,   Dearborn, MI 48121
515598683     +EDI: RMSC.COM Jun 14 2019 04:18:00     GECRB/6th Ave Elec,    Attention: Bankruptcy,
                PO Box 103104,   Roswell, GA 30076-9104
515598684     +EDI: RMSC.COM Jun 14 2019 04:18:00     GECRB/HealthCare,    Attn: Bankruptcy,   PO Box 103104,
                Roswell, GA 30076-9104
515598685     +EDI: RMSC.COM Jun 14 2019 04:18:00     GECRB/JC Penny,    Attention: Bankruptcy,
                PO Box 103104,   Roswell, GA 30076-9104
515598686     +EDI: RMSC.COM Jun 14 2019 04:18:00     GECRB/Lowes,   Attention: Bankruptcy Department,
                PO Box 103104,   Roswell, GA 30076-9104
515598687      EDI: RMSC.COM Jun 14 2019 04:18:00     GECRB/Old Navy,    Attn: Bankruptcy,   PO Box 130104,
                Roswell, GA 30076
515598688     +EDI: RMSC.COM Jun 14 2019 04:18:00     GECRB/PC Richard,    Attn: Bankruptcy,   PO Box 103104,
                Roswell, GA 30076-9104
515598689     +EDI: PHINAMERI.COM Jun 14 2019 04:18:00     Gm Financial,   Po Box 181145,
                Arlington, TX 76096-1145
515798009      EDI: RESURGENT.COM Jun 14 2019 04:18:00     LVNV Funding, LLC its successors and assigns as,
                assignee of FNBM, LLC,   Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
```

```
District/off: 0312-2              User: admin                Page 2 of 3                   Date Rcvd: Jun 13, 2019
                                  Form ID: 148               Total Noticed: 53


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
515598690        +E-mail/Text: collectionbankruptcy@oceanfirst.com Jun 14 2019 00:58:17       Oceanfirst Bank,
                 975 Hooper Ave,    Toms River, NJ 08753-8320
515598691         EDI: PRA.COM Jun 14 2019 04:13:00       Portfolio Recovery,    Attn: Bankruptcy,    PO Box 41067,
                 Norfolk, VA 23541
515780388         EDI: PRA.COM Jun 14 2019 04:13:00       Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,    Norfolk VA 23541
517588795         EDI: PRA.COM Jun 14 2019 04:13:00       Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541
517588796         EDI: PRA.COM Jun 14 2019 04:13:00       Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541,    Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
515750680         EDI: PRA.COM Jun 14 2019 04:13:00       Portfolio Recovery Associates, LLC,
                 c/o Sears Premier Card,    POB 41067,    Norfolk VA 23541
515693620         EDI: Q3G.COM Jun 14 2019 04:13:00       Quantum3 Group LLC as agent for,    Second Round Sub LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
516161895        +EDI: Q3G.COM Jun 14 2019 04:13:00       Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788,    Quantum3 Group LLC as agent for,
                 MOMA Funding LLC 98083-0788
516161894         EDI: Q3G.COM Jun 14 2019 04:13:00       Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
515598692        +EDI: SEARS.COM Jun 14 2019 04:18:00       Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
515598693        +EDI: SECONDROUND.COM Jun 14 2019 04:18:00       Second Round Lp,    4150 Friedrich Lane Suit,
                 Austin, TX 78744-1052
515829409         EDI: RMSC.COM Jun 14 2019 04:18:00       Synchrony Bank,    c/o Recovery Management Systems Corp,
                 25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
515752798        +E-mail/Text: bncmail@w-legal.com Jun 14 2019 00:57:48       TD BANK USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515598695        +EDI: WTRRNBANK.COM Jun 14 2019 04:18:00       Td Bank Usa/targetcred,    Po Box 673,
                 Minneapolis, MN 55440-0673
515598696         EDI: WFFC.COM Jun 14 2019 04:18:00       Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
                 Frederick, MD 21701
515706870         EDI: ECAST.COM Jun 14 2019 04:18:00       eCAST Settlement Corporation, assignee,
                 of Citibank, N.A.,    POB 29262,    New York, NY 10087-9262
                                                                                               TOTAL: 42

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Bank of America, N.A.
515598664*       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    PO Box 168088,    Irving, TX 75016)
515598665*       ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                 (address filed with court: American Honda Finance,    PO Box 168088,    Irving, TX 75016)
515636398*       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
515598667*       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
515598668*       +Bank of America,    Attn: Correspondence Unit/CA6-919-02-41,    PO Box 5170,
                 Simi Valley, CA 93062-5170
515598674*       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20363,
                 Kansas City, MO 64195)
515598670*       +Capital One,    Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
515598678*       +Discover Fin Svcs Llc,    Po Box 15316,    Wilmington, DE 19850-5316
515598682*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court: Ford Motor Credit Corporation,    Ford Motor Credit,    PO Box 6275,
                 Dearborn, MI 48121)
515706871*        eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                 New York, NY 10087-9262
                                                                                              TOTALS: 1, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 3 of 3            Date Rcvd: Jun 13, 2019
                              Form ID: 148             Total Noticed: 53
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    BANK OF AMERICA, N.A. bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Charles G. Wohlrab    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               cwohlrab@logs.com, njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for
               Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Russell L. Low    on behalf of Debtor James A. Goerlich rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sean M. O'Brien    on behalf of Creditor    Seterus, Inc. as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc. DMcDonough@flwlaw.com
                                                                                                 TOTAL: 8
```